IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN BORDEN, | 1:08-cv-00051-OWW-SMS-PC |
| Plaintiff, | ORDER ADOPTING FINDINGS & RECOMMENDATIONS |
| vs. | (Doc. 12.) |
| JAMES YATES, Warden, | ORDER DENYING PLAINTIFF'S REQUEST FOR REMAND |
| Defendant. | (Doc. 5, 6.) |

Steven Borden, ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On July 3, 2008, findings and recommendations were entered, recommending that plaintiff's request for remand be denied. Plaintiff was provided an opportunity to file objections to the findings and recommendations within thirty days. On July 11, 2008, plaintiff filed a non-opposition to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

///

1

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on July 3, 2008, are adopted in full; and

2. Plaintiff's request for remand of this action is DENIED

IT IS SO ORDERED.

**Dated:  August 19, 2008**              /s/ Oliver W. Wanger
                                   UNITED STATES DISTRICT JUDGE